IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Scott A. Johnson, | ) | 2:08-cv-02654-GEB-KJN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE: SETTLEMENT AND DISPOSITION |
| | ) | |
| American Self Storage of Northern California, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff filed a Notice of Settlement on June 30, 2010, in which he states "the parties have settled this action. Dispositional documents will be filed within (30) calendar days." (Docket No. 10.)

Therefore, the dispositional document shall be filed no later than July 30, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b)("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.")

The final pretrial conference scheduled for July 12, 2010, is reset to commence at on September 13, 2010 at 1:30 p.m., in the event that the above referenced dispositional document is not filed, or this

action is not otherwise dismissed.  Further, a joint pretrial statement shall be filed seven days prior to the final pretrial conference.[1]

         IT IS SO ORDERED.

Dated:  June 30, 2010

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[1]      The final pretrial conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).