IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON, )
                                  )    2:08-cv-02654-GEB-KJN
       Plaintiff, )
                                  )
     v. )    ORDER OF DISMISSAL
                                  )
AMERICAN SELF STORAGE OF )
NORTHERN CALIFORNIA, LLC, )
                                  )
       Defendant. )
_____ )

         Plaintiff filed a Notice of Settlement on June 30, 2010, in which he stated, "the parties have settled this action. Dispositional documents will be filed within (30) calendar days." (Docket No. 10.) Therefore, an "Order Re Settlement and Disposition" was filed on July 1, 2010, which directed the parties to file a dispositional document no later than July 30, 2010. (Docket No. 11, 1:17-18.) The July 1, 2010 order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. (Id. 1:18-22.)

         Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

         IT IS SO ORDERED.

Dated: August 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28